**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: George L. Brown <br> <u>Debtor</u> | CHAPTER 13 <br><br> BKY. NO. 18-15005 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDLAND MORTGAGE CO. and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Kevin G. McDonald, Esquire**

        Kevin G. McDonald, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734