United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
George L. Brown   
       Debtor

Case No. 18-15005-mdc   
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Jul 31, 2018
                         Form ID: 130    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.
db         +George L. Brown,    8546 Provident Road,    Philadelphia, PA 19150-1606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:
        MICHAEL D. SAYLES    on behalf of Debtor George L. Brown midusa1@comcast.net,
         michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                               TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:     Chapter: 13
   George L. Brown
            Debtor(s)    Bankruptcy No: 18−15005−mdc

*O R D E R*

**AND NOW,** this 31st day of July 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

   Documents and Deadline

   Atty Disclosure Statement due 08/13/2018
   Chapter 13 Plan due by 08/13/2018
   Schedules AB−J due 08/13/2018
   Statement of Financial Affairs due 08/13/2018
   Summary of Assets and Liabilities Form B106 due 08/13/2018
   Chapter 13 Statement of Your Current Monthly Income and
   Calculation of Commitment Period Form 122C−1 Due 8/13/2018
   Means Test Calculation Form 122C−2 Due: 08/13/2018

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Judge , United States Bankruptcy Court

8
Form 130