United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15005-mdc
George L. Brown                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 1              Date Rcvd: Jul 31, 2018
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2018.
db             +George L. Brown,    8546 Provident Road,    Philadelphia, PA 19150-1606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2018 at the address(es) listed below:
      MICHAEL D. SAYLES    on behalf of Debtor George L. Brown midusa1@comcast.net,
      michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                       TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **George Brown**           :    Chapter 13
                                  :
Debtor                            :    Bankruptcy No.: **18-15005**

# ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Impose the Automatic Stay (the "Motion"), and Request for Expedited Consideration of the aforesaid Motion, and sufficient cause being shown, it is hereby:

**ORDERED**, that the request for an expedited hearing is Granted, and it is further:

**ORDERED**, that a hearing to consider the Motion shall be and hereby is scheduled for _8-2-18 AT 12:30pm_ at the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 2, Philadelphia, Pennsylvania, 19107, and it is further:

**ORDERED**, that written objections or other responsive pleadings to the Motion may be filed up to the time of the hearing and all will be considered at the hearing, and it is further:

**ORDERED**, that Movant shall provide notice of this Order and Motion to the Office of the United States Trustee, the Standing Ch. 13 Trustee, KLM's Office, Phelan Ofc, Shapiro ofc and RAC Crane's ofc by facsimile transmission and\or electronic mail transmission by _7-31-18 by 5p.m._

BY THE COURT:

_Magdeline D. Coleman_
United States Bankruptcy Judge

DATED: _7/31/18_

Movant's Counsel:

Michael D. Sayles, Esquire
Attorney for Debtor