UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **George Brown**         :     Chapter 13
                               :
        Debtor                 :     Bankruptcy No.: **18-15005\mdc**

ORDER OF COURT

AND NOW, this 2nd day of August, 2018, **after notice and hearing**, upon consideration of Motion of Debtor to Impose the Stay pursuant to 11 U.S.C. Section 362;

It is hereby **ORDERED, ADJUDGED and DECREED** that the Stay is imposed and shall remain in full force and effect for the duration of this Chapter 13 Bankruptcy Case unless Relief is granted to a party subsequent hereto on Motion or Stipulation otherwise entered by Order of Court.

**BY THE COURT:**

_Magdeline D. C_____
J.

Copy to:

Michael D. Sayles
427 W. Cheltenham Avenue
Elkins Park, PA 19027

Phelan, Hallinan & Schmeig, LLP
1617 JFK Boulevard
Philadelphia, PA 19103

RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Duluth, GA 30097

Shapiro & DiNardo LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

KML Law Group
710 Market Street
Philadelphia, PA 19106

William Miller, Esquire
PO Box 40119
Philadelphia, PA  19106

**All creditors listed attached mailing matrix.**