United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-15005-mdc
George L. Brown                                                           Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Linda              Page 1 of 2              Date Rcvd: Aug 03, 2018
                               Form ID: pdf900          Total Noticed: 46

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 05, 2018.
```
db         +George L. Brown,    8546 Provident Road,    Philadelphia, PA 19150-1606
cr         +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...,    8950 Cypress Waters Boulevard,
             Coppell, TX 75019-4620
14173255   +Cheryl Brown,    8446 Provident Street,    Philadelphia, PA 19150-1614
14173256    Chestnut Hill Hospital,    Attn: O/P Billing Dept.,    8835 Germantown Avenue,
             Philadelphia, PA 19118-2767
14173262   +City of Philadelphia Parking Authority,    701 Market Street, Suite 5400,
             Philadelphia, PA 19106-2895
14173264    Commonwealth of Pennsylvania,    Bureau of Collections & Taxpayer Service,    PO Box 281210,
             Harrisburg, PA 17128-1210
14173265   +Credit Acceptance Corp.,    Bankruptcy Department,    25505 West Twelve Mile Road,
             Southfield, MI 48034-8331
14173266   +Credit Bureau of North America, LLC,    200 Creekside Drive,    Dickson, TN 37055-2176
14173271   +HSBC Banlk,    PO Box 5253,    Carol Stream, IL 60197-5253
14173272   +KML Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market Street,
             Philadelphia, PA 19106-1538
14173273   +Media Data Systems,    645 Walnute Street, Suite #5,    Gadsden, AL 35901-4173
14173274   +Midfirst Bank,    999 N.W. Grand Boulevard, Suite 100,    Oklahoma City, OK 73118-6051
14173275   +Midland Mortgage Co.,    PO Box 26648,    Oklahoma City, OK 73126-0648
14173276    Mr. Cooper,    PO Box 60516,    City of Industry, CA 91716-0516
14173278   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
            (address filed with court:   Nationstar Mortgage LLC,    350 Highland Drive,
             Lewisville, TX 75067)
14173279    NJ E-ZPass Violation Center,    PO Box 52005,    Newark, NJ 07101-8205
14173277   +National Auto Finance,    10302 Deerwood Park Blvd,    Jacksonville, FL 32256-2880
14173283   +PGW,   800 West Montgomery Drive, 3F,    attn: Bankruptcy Department,
             Philadelphia, PA 19122-2806
14173284   +Revenue Collection Bureau,    5900 Torresdale Avenue,    Philadelphia, PA 19135-4127
14173289   +SLS Mortgage,    PO Box 636005,    Littleton, CO 80163-6005
14173286   +Samuel Broughton, CPA,    The Broughton Agency,    8565 Williams Avenue,
             Philadelphia, PA 19150-1912
14173287   +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
14173288   +Shapiro & Denardo,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14173290   +Specialized Loan Servicing, LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14173291   ++T MOBILE,   C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
            (address filed with court:   T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596)
14173296    Wells Fargo Home Mortgage,    PO Box 9065,    Temecula, CA 92589-9065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Aug 04 2018 02:05:00     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 04 2018 02:04:28
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 04 2018 02:04:42     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14173252    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 04 2018 02:27:54     American Infosource LP,
             PO Box 248838,    Oklahoma City, OK 73124-8838
14173253    E-mail/Text: bnc-applied@quantum3group.com Aug 04 2018 02:04:39     Applied Bank,
             PO Box 70165,    Philadelphia, PA 19176-0165
14173254   +E-mail/Text: bankruptcy_notifications@ccsusa.com Aug 04 2018 02:05:19     CCS Collections,
             725 canton Street,    Norwood, MA 02062-2679
14173259    E-mail/Text: megan.harper@phila.gov Aug 04 2018 02:05:00     City of Philadelphia,
             Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
             Philadelphia, PA 19102-1595
14173260    E-mail/Text: megan.harper@phila.gov Aug 04 2018 02:05:00     City of Philadelphia,
             Law Department-Bankruptcy Unit,    One Parkway Building,    1515 Arch Street, 15th Floor,
             Philadelphia, PA 19102-1595
14173263    E-mail/Text: abovay@creditmanagementcompany.com Aug 04 2018 02:04:41     CMC,    PO Box 16346,
             Pittsburgh, PA 15242-0346
14173258    E-mail/Text: megan.harper@phila.gov Aug 04 2018 02:04:59
             City & School District of Philadelphia,    Law Department-Tax Unit,    One Parkway Building,
             1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
14173257   +E-mail/Text: megan.harper@phila.gov Aug 04 2018 02:04:59
             City & School District of Philadelphia,    Law Department-Tax Unit,
             Municipal Services Building,    1401 JFK Blvd, 5th floor,    Philadelphia, PA 19102-1617
14173261    E-mail/Text: megan.harper@phila.gov Aug 04 2018 02:04:59     City of Philadelphia,
             Department of Revenue,    PO Box 148,    Philadelphia, PA 19105-0148
14173267   +E-mail/Text: cio.bncmail@irs.gov Aug 04 2018 02:04:06     Department of Treasury,
             Internal Revenue Service,    600 Arch Street, Room 5200,    Philadelphia, PA 19106-1611
14173269   +E-mail/Text: mrdiscen@discover.com Aug 04 2018 02:04:05     Discover More Card,    PO Box 30943,
             Salt Lake City, UT 84130-0943
```

```
District/off: 0313-2          User: Linda              Page 2 of 2                  Date Rcvd: Aug 03, 2018
                              Form ID: pdf900          Total Noticed: 46
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14173270        +E-mail/Text: tropiann@einstein.edu Aug 04 2018 02:04:09      Einstein Hospital,
                 5501 Old York Road,    Philadelphia, PA 19141-3091
14173282         E-mail/Text: bankruptcygroup@peco-energy.com Aug 04 2018 02:04:07      PECO Energy Company,
                 PO Box 8699,    Philadelphia, PA 19101-8699
14173281        +E-mail/Text: bankruptcygroup@peco-energy.com Aug 04 2018 02:04:07      Peco,   c/o Merrick Friel,
                 2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
14173285        +E-mail/Text: Supportservices@receivablesperformance.com Aug 04 2018 02:05:09
                 RPM Receivables,    20816 44th Avenue West,    Lynnwood, WA 98036-7799
14173292        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 04 2018 02:04:03
                 Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
14173293         E-mail/Text: megan.harper@phila.gov Aug 04 2018 02:05:00      Water Revenue Bureau,
                 Phyllis Chase, Collections Manager,    Municipal Services Building,    1401 JFK Blvd.,
                 Philadelphia, PA 19102-1663
                                                                                              TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14173280        NJ EZ Pass,    PO Box 4971,    NJ 08480
14173295        Wells Fargo Bank
14173294*      ++CITY OF PHILA SCHOOL DISTRICT OF PHILA,    MUNICIPAL SERVICES BUILDING,
                 1401 JOHN F KENNEDY BLVD 5TH FLOOR,    PHILADELPHIA PA 19102-1617
                (address filed with court:   Water Revenue Bureau,   1101 Market Street, 5th Floor,
                 Philadelphia, PA 19107)
14173268*      +Department of Treasury,    Internal Revenue Service,   PO Box 7346,
                 Philadelphia, PA 19101-7346
                                                                                     TOTALS: 2, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Midland Mortgage Co. bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
               pa-bk@logs.com
              MICHAEL D. SAYLES    on behalf of Debtor George L. Brown midusa1@comcast.net,
               michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **George Brown**         :    Chapter 13
                                :
    Debtor                      :    Bankruptcy No.: **18-15005\mdc**

## ORDER OF COURT

AND NOW, this __2nd__ day of __August__, 2018, **after notice and hearing**, upon consideration of Motion of Debtor to Impose the Stay pursuant to 11 U.S.C. Section 362;

It is hereby **ORDERED, ADJUDGED and DECREED** that the Stay is imposed and shall remain in full force and effect for the duration of this Chapter 13 Bankruptcy Case unless Relief is granted to a party subsequent hereto on Motion or Stipulation otherwise entered by Order of Court.

**BY THE COURT:**

_Magdeline D. C_____
                                                                J.

Copy to:

Michael D. Sayles
427 W. Cheltenham Avenue
Elkins Park, PA 19027

Phelan, Hallinan & Schmeig, LLP
1617 JFK Boulevard
Philadelphia, PA 19103

RAS Crane, LLC
10700 Abbot's Bridge Road
Suite 170
Duluth, GA 30097

Shapiro & DiNardo LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406

KML Law Group
710 Market Street
Philadelphia, PA 19106

William Miller, Esquire
PO Box 40119
Philadelphia, PA  19106

**All creditors listed attached mailing matrix.**