UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **George Brown**         :       CHAPTER:  13
                                 :
                                 :
        DEBTOR                   :       Bankruptcy No.: **18-15005\mdc**

## ORDER OF COURT

**AND NOW**, this ____14th____ day of ____August____, 2018 it is hereby

**ORDERED** that the Debtor may have until **August 29, 2018** to file the Schedules &

Statements in the above-captioned case.

BY THE COURT:

_Magdeline D. Coleman_
                                                                              J.

Copy to:

Michael D. Sayles
Attorney for the Debtor
427 West Cheltenham Avenue
Elkins Park, PA  19027

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106

Frederic Baker, Esquire
Assistant US Trustee
833 Chestnut Street
Philadelphia, PA 19107