United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George L. Brown  
     Debtor

Case No. 18-15005-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Aug 14, 2018  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2018.  
db          +George L. Brown,    8546 Provident Road,    Philadelphia, PA 19150-1606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2018 at the address(es) listed below:  
        KEVIN G. MCDONALD    on behalf of Creditor    Midland Mortgage Co. bkgroup@kmllawgroup.com  
        KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com  
        KEVIN S. FRANKEL    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper, et al... pa-bk@logs.com  
        MICHAEL D. SAYLES    on behalf of Debtor George L. Brown midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com  
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE, Et.al. paeb@fedphe.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com  
                                    TOTAL: 7

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **George Brown**          :     CHAPTER: 13
                                 :
                                 :
         DEBTOR                  :     Bankruptcy No.: **18-15005\mdc**

## ORDER OF COURT

**AND NOW**, this 14th day of August, 2018 it is hereby

**ORDERED** that the Debtor may have until **August 29, 2018** to file the Schedules & Statements in the above-captioned case.

BY THE COURT:

_____
                                                                J.

Copy to:

Michael D. Sayles
Attorney for the Debtor
427 West Cheltenham Avenue
Elkins Park, PA  19027

William C. Miller, Esquire
P.O. Box 40119
Philadelphia, PA 19106

Frederic Baker, Esquire
Assistant US Trustee
833 Chestnut Street
Philadelphia, PA 19107