UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: **George Brown**         :         Chapter 13

                                          :

                                          :

Debtor         :         Bankruptcy No.: **18-15005\mdc**

### NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Above-named Debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

1. **Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one**. **(If you do not have an attorney, you may wish to consult an attorney).**

2. **If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection,** scheduled to be held on **April 9,  2019** at **10:30 AM**, in **Courtroom  #2**, United States Bankruptcy Court, Bankruptcy Clerk's Office, 900 Market Street, Philadelphia 19107-4228.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. **If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date**.  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date**: March 12, 2019**

                                               **Michael D. Sayles, Esquire**
                                               **Sayles & Associates**
                                               **427 West Cheltenham Avenue, Suite #2**
                                               **Elkins Park, PA 19027**
                                               **215 635 2270**
                                               **215 424 1263**
                                               **midusa1@comcast.net**