UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **George Brown** | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.: **18-15005** |

REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P.36, Objectors hereby request the following admissions of the Respondent:

1. Respondent alleges in the Proof of Claim **Principal & Interest due** in the amounts of **$9,336.21**. Respondent admits that the aforesaid amount is inaccurate, in that it fails to give proof for all payments received.

2. Respondent alleges in the Proof of Claim **Prepetition fees due** in the amount of **$2,210.24**.Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

3. Respondent alleges in the Proof of Claim **Escrow deficiency for funds advanced** in the amount of **$5,780.35.** Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

4. Respondent alleges in the Proof of Claim **Projected escrow shortage** in the amount of **$2,325.57.** Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

Date: **March 28, 2019**                                                              Respectfully submitted,

By**:\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Objector
427 West Cheltenham Avenue
Elkins Park, PA 19027-3201
215-635-2270
