UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **George Brown**              :        Chapter 13
                                     :
                                     :
           Debtor                    :        Bankruptcy No.: **18-15005**


# REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Objectors hereby request that the Respondent produce for inspection by the undersigned counsel for the Objectors, the following documents:

1. Respondent in its proof of claim alleges Objector has missed **Principal & Interest Due** in the total amount of **$9,336.21.** Objector, therefore, requests that Respondent provide a monthly mortgage payment history.

2. Respondent alleges in the Proof of Claim **Prepetition Fees due** in the amount of **$2,210.24.** Objectors, therefore, requests that Respondent provide a photocopy of the aforesaid fees, in addition to photocopy of paid invoice and/or cancelled check for same and furthermore, attorney time sheets and\or reports prepared.

3. Respondent alleges in the Proof of Claim **Escrow deficiency for funds advanced** in the amount of **$5,780.35.** Objectors, therefore, requests that Respondent provide a photocopy of the aforesaid funds advanced, proof of insurance policies in addition to photocopy of paid invoices and/or cancelled check for same.

4. Respondent alleges in the Proof of Claim **Escrow deficiency for funds advanced** in the amount of **$2,325.57.** Objectors, therefore, requests that Respondent provide a photocopy of the of method used to calculate the projected escrow shortage.

                                                    Respectfully submitted,


                                                    **By: /s/ Michael D. Sayles Esquire**
                                                    Michael D. Sayles
                                                    Attorney for Objector
                                                    427 West Cheltenham Avenue
                                                    Elkins Park, PA 19027-320
                                                    215-635-2270