UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **George Brown**            :        Chapter 13
                                   :
                                   :
            Debtor                 :        Bankruptcy No.: **18-15005**

REQUEST FOR ADMISSIONS

Pursuant to F.R.C.P.36, Objectors hereby request the following admissions of the Respondent:

1. Respondent alleges in the Proof of Claim **Principal & Interest due** in the amounts of **$12,794.24**. Respondent admits that the aforesaid amount is inaccurate, in that it fails to give proof for all payments received.

2. Respondent alleges in the Proof of Claim **Prepetition fees due** in the amount of **$520.00**. Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

3. Respondent alleges in the Proof of Claim **Escrow deficiency for funds advanced** in the amount of **$3,375.07.** Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

4. Respondent alleges in the Proof of Claim **Projected escrow shortage** in the amount of **$1,198.19.** Respondent admits that the aforesaid amount is unreasonable and/or not actually incurred.

Date: **March 28, 2019**                          Respectfully submitted,

                                              By:\s\ **Michael D. Sayles**
                                                   Michael D. Sayles
                                                   Attorney for Objector
                                                   427 West Cheltenham Avenue
                                                   Elkins Park, PA 19027-3201
                                                   215-635-2270