UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **George Brown** | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.: **18-15005** |

# REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to F.R.C.P. 34, Objectors hereby request that the Respondent produce for inspection by the undersigned counsel for the Objectors, the following documents:

1. Respondent in its proof of claim alleges Objector has missed **Principal & Interest Due** in the total amount of **$12,792.24.** Objector, therefore, requests that Respondent provide a monthly mortgage payment history.

2. Respondent alleges in the Proof of Claim **Prepetition Fees due** in the amount of **$520.00.** Objectors, therefore, requests that Respondent provide a photocopy of the aforesaid fees, in addition to photocopy of paid invoice and/or cancelled check for same and furthermore, attorney time sheets and\or reports prepared.

3. Respondent alleges in the Proof of Claim **Escrow deficiency for funds advanced** in the amount of **$3,375.07.** Objectors, therefore, requests that Respondent provide a photocopy of the aforesaid funds advanced, proof of insurance policies in addition to photocopy of paid invoices and/or cancelled check for same.

4. Respondent alleges in the Proof of Claim **Escrow deficiency for funds advanced** in the amount of **$1,198.94.** Objectors, therefore, requests that Respondent provide a photocopy of the of method used to calculate the projected escrow shortage.

Respectfully submitted,

By**: /s/ Michael D. Sayles Esquire**
Michael D. Sayles
Attorney for Objector
427 West Cheltenham Avenue
Elkins Park, PA 19027-320
215-635-2270