## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re: George L. Brown             :        Chapter 13

                                   :

        Debtor(s).                 :        Bankruptcy No. 18-15005-mdc

## ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by

William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing,

it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED WITH PREJUDICE.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of

the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4 . Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan

payments in the possession of the Trustee shall not revest in the entity in

which such property was vested immediately before the commencement of

the case.  All other property of the estate shall revest pursuant to 11 U.S.C.

§349(b)(3).

5.   All applications for allowance of administrative expenses (including

applications for allowance of professional fees) shall be filed within twenty (20)

days of the entry of this Order.

6.   Counsel for the Debtor shall serve this Order by first class mail,

postage prepaid, on all interested parties within five (5) days of the entry of

this Order.  Within thirty (30) days after the entry of this Order, counsel shall

file (1) a Certification of Service confirming such service, and (2) a Certification

of No Response confirming that neither an objection to the proposed

compensation nor an application for administrative expense has been filed, or

if such application has been filed, set a hearing on all such applications.

7.  If no Certification, as required above in Paragraph 6 has been entered

on the docket within sixty (60) days of the entry of this Order, then the

Standing Trustee shall, if any applications for administrative expenses other

than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such

applications have been filed, be authorized to return such funds to Debtor(s)

pursuant to 11 U.S.C. §1326(a)(2).

8. In light of the Consent Order previously entered on November 9,

2018 in this matter by and among the standing trustee, the instant case is

dismissed WITH PREJUDICE.

Debtor(s) shall be prohibited from filing, individuality or jointly, any subsequent

bankruptcy case without further leave of Court for the period of twenty four (24)

months.

Dated: 5/9/19

_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE