United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15005-mdc
George L. Brown                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi           Page 1 of 3              Date Rcvd: May 10, 2019
                            Form ID: pdf900       Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 12, 2019.
```
db             +George L. Brown,    8546 Provident Road,    Philadelphia, PA 19150-1606
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...,    8950 Cypress Waters Boulevard,
                 Coppell, TX 75019-4620
14173255       +Cheryl Brown,    8446 Provident Street,    Philadelphia, PA 19150-1614
14173256        Chestnut Hill Hospital,    Attn: O/P Billing Dept.,    8835 Germantown Avenue,
                 Philadelphia, PA 19118-2767
14173262       +City of Philadelphia Parking Authority,    701 Market Street, Suite 5400,
                 Philadelphia, PA 19106-2895
14198783       +Commonwealth of PA,    Dept. of Revenue,    c/o Christopher R. Momjian,    The Phoenix Building,
                 1600 Arch Street, Suite 300,    Philadelphia, PA 19103-2016
14173264        Commonwealth of Pennsylvania,    Bureau of Collections & Taxpayer Service,    PO Box 281210,
                 Harrisburg, PA 17128-1210
14173265       +Credit Acceptance Corp.,    Bankruptcy Department,    25505 West Twelve Mile Road,
                 Southfield, MI 48034-8331
14173266       +Credit Bureau of North America, LLC,    200 Creekside Drive,    Dickson, TN 37055-2176
14179088        HSBC Bank USA, NA,    c/o Thomas Song, Esq.,    Phelan Hallinan Diamond & Jones, LLP,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103
14195582        HSBC Bank USA, National Association as Trustee for,    C/O Wells Fargo Bank, N.A., as servicer,
                 Default Document Processing,    N928601Y 1000 Blue Gentian Road,    Eagan, MN 551217700
14173271       +HSBC Banlk,    PO Box 5253,    Carol Stream, IL 60197-5253
14173272       +KML Law Group, PC,    Suite 5000-BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14173273       +Media Data Systems,    645 Walnute Street, Suite #5,    Gadsden, AL 35901-4173
14209056       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14173274       +Midfirst Bank,    999 N.W. Grand Boulevard, Suite 100,    Oklahoma City, OK 73118-6051
14173275       +Midland Mortgage Co.,    PO Box 26648,    Oklahoma City, OK 73126-0648
14173276        Mr. Cooper,    PO Box 60516,    City of Industry, CA 91716-0516
14173278      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX 75067)
14173279        NJ E-ZPass Violation Center,    PO Box 52005,    Newark, NJ 07101-8205
14173277       +National Auto Finance,    10302 Deerwood Park Blvd,    Jacksonville, FL 32256-2880
14184574       +Nationstar Mortgage LLC d/b/a Mr. Cooper,    PO Box 619096,    Dallas, TX 75261-9096
14173283       +PGW,   800 West Montgomery Drive, 3F,    attn: Bankruptcy Department,
                 Philadelphia, PA 19122-2806
14173284       +Revenue Collection Bureau,    5900 Torresdale Avenue,    Philadelphia, PA 19135-4127
14173289       +SLS Mortgage,    PO Box 636005,    Littleton, CO 80163-6005
14173286       +Samuel Broughton, CPA,    The Broughton Agency,    8565 Williams Avenue,
                 Philadelphia, PA 19150-1912
14173287       +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
14203502       +Santander Consumer USA,    C/O WILLIAM EDWARD CRAIG,    Morton & Craig,
                 110 Marter Avenue, Ste. 301,    Moorestown, NJ 08057-3125
14173288       +Shapiro & Denardo,    3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
14173290       +Specialized Loan Servicing, LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
14199978       +U.S. Bank NA,    c/o Rebecca A Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14202478       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14173296        Wells Fargo Home Mortgage,    PO Box 9065,    Temecula, CA 92589-9065
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:59     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 11 2019 02:11:55     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:59     City of Philadelphia,
                 City of Philadelphia Law Department,    c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,
                 Philadelphia, PA  19102
cr              E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2019 02:11:28
                 Commonwealth of Pennsylvania, Department of Revenu,    Bureau of Compliance,    Dept. 280946,
                 Harrisburg, PA  17128-0946
14173252        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 11 2019 02:24:00     American Infosource LP,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14173253        E-mail/Text: bnc-applied@quantum3group.com May 11 2019 02:11:54     Applied Bank,
                 PO Box 70165,    Philadelphia, PA 19176-0165
14173254       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 11 2019 02:12:18     CCS Collections,
                 725 canton Street,    Norwood, MA 02062-2679
14264794        E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:58     City of Phila.,    Joshua Domer,
                 Municipal Srvs Bldg.,    1401 JFK Blvd., 5th fl.,    Phila., PA 19102-1595
14250764        E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:58     City of Philadelphia,
                 Law Department  Tax & Revenue Unit,    Bankruptcy Group, MSB,
                 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA  19102-1595
```

```
District/off: 0313-2          User: Randi              Page 2 of 3           Date Rcvd: May 10, 2019
                              Form ID: pdf900          Total Noticed: 60


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14173259      E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:58     City of Philadelphia,
              Law Department-Bankruptcy Unit,   Municipal Services Building,   1401 JFK Boulevard, 5th Floor,
              Philadelphia, PA 19102-1595
14173260      E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:59     City of Philadelphia,
              Law Department-Bankruptcy Unit,   One Parkway Building,   1515 Arch Street, 15th Floor,
              Philadelphia, PA 19102-1595
14173263      E-mail/Text: vmcpherson@creditmanagementcompany.com May 11 2019 02:11:55      CMC,
              PO Box 16346,   Pittsburgh, PA 15242-0346
14173258      E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:58     City & School District of Philadelphia,   Law Department-Tax Unit,   One Parkway Building,
              1515 Arch Street, 15th Floor,   Philadelphia, PA 19102-1595
14173257     +E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:58     City & School District of Philadelphia,   Law Department-Tax Unit,
              Municipal Services Building,   1401 JFK Blvd, 5th floor,   Philadelphia, PA 19102-1617
14173261      E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:58     City of Philadelphia,
              Department of Revenue,   PO Box 148,   Philadelphia, PA 19105-0148
14173267      E-mail/Text: cio.bncmail@irs.gov May 11 2019 02:11:23     Department of Treasury,
              Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
14199452      E-mail/Text: mrdiscen@discover.com May 11 2019 02:11:20     Discover Bank,
              Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14173269     +E-mail/Text: mrdiscen@discover.com May 11 2019 02:11:20     Discover More Card,   PO Box 30943,
              Salt Lake City, UT 84130-0943
14173270     +E-mail/Text: tropiann@einstein.edu May 11 2019 02:11:26     Einstein Hospital,
              5501 Old York Road,   Philadelphia, PA 19141-3091
14173282      E-mail/Text: bankruptcygroup@peco-energy.com May 11 2019 02:11:25     PECO Energy Company,
              PO Box 8699,   Philadelphia, PA 19101-8699
14203173     +E-mail/Text: bankruptcygroup@peco-energy.com May 11 2019 02:11:25     PECO Energy Company,
              2301 Market Street,   S4-1,   Philadelphia, PA 19103-1380
14173281     +E-mail/Text: bankruptcygroup@peco-energy.com May 11 2019 02:11:25     Peco,   c/o Merrick Friel,
              2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
14178158      E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 11 2019 02:11:28
              Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
              Harrisburg, PA  17128-0946
14173285     +E-mail/Text: Supportservices@receivablesperformance.com May 11 2019 02:12:16
              RPM Receivables,   20816 44th Avenue West,   Lynnwood, WA 98036-7799
14173291      E-mail/PDF: ais.tmobile.ebn@americaninfosource.com May 11 2019 02:24:13      T-Mobile,
              PO Box 742596,   Cincinnati, OH 45274-2596
14173292     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 11 2019 02:11:18
              Verizon Wireless,   PO Box 3397,   Bloomington, IL 61702-3397
14173293      E-mail/Text: megan.harper@phila.gov May 11 2019 02:11:59     Water Revenue Bureau,
              Phyllis Chase, Collections Manager,   Municipal Services Building,   1401 JFK Blvd.,
              Philadelphia, PA 19102-1663
                                                                                               TOTAL: 27

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14173280       NJ EZ Pass,   PO Box 4971,   NJ 08480
14173295       Wells Fargo Bank
smg*           Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
cr*           +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
14173294*     ++CITY OF PHILADELPHIA LAW DEPARTMENT,   MUNICIPAL SERVICES BUILDING,
               1401 JOHN F KENNEDY BLVD 5TH FLOOR,   PHILADELPHIA PA 19102-1617
              (address filed with court: Water Revenue Bureau,   1101 Market Street, 5th Floor,
               Philadelphia, PA 19107)
14173268*     +Department of Treasury,   Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
14186108*     +Santander Consumer USA, Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
                                                                                              TOTALS: 2, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2019                                    Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: Randi                 Page 3 of 3                  Date Rcvd: May 10, 2019
                              Form ID: pdf900             Total Noticed: 60
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2019 at the address(es) listed below:

```
          CHRISTOPHER R. MOMJIAN    on behalf of Creditor   Commonwealth of Pennsylvania, Department of
           Revenue crmomjian@attorneygeneral.gov
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JEROME B. BLANK    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE, Et.al.
           paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    HSBC Bank USA, National Association As Trustee For et
           al paeb@fedphe.com
          JEROME B. BLANK    on behalf of Creditor    Hsbc Bank USA, National Association as Trustee for
           Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2005-AP1
           paeb@fedphe.com
          JOSHUA  DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
           karena.blaylock@phila.gov
          KEVIN G. MCDONALD    on behalf of Creditor   Midland Mortgage Co. bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
          KEVIN S. FRANKEL    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
           pa-bk@logs.com
          KRISTEN D. LITTLE    on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper, et al...
           pabk@logs.com
          MICHAEL D. SAYLES    on behalf of Debtor George L. Brown midusa1@comcast.net,
           michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor   HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE,
           Et.al. paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
           ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 16
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re: George L. Brown                :        Chapter 13
                                      :
         Debtor(s).                   :        Bankruptcy No. 18-15005-mdc

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED WITH PREJUDICE.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsels have been filed, set a hearing thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

8. In light of the Consent Order previously entered on November 9, 2018 in this matter by and among the standing trustee, the instant case is dismissed WITH PREJUDICE.

Debtor(s) shall be prohibited from filing, individuality or jointly, any subsequent bankruptcy case without further leave of Court for the period of twenty four (24) months.

Dated: 5/9/19

*Magdeline D. C——*
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE