IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  **George Brown** | **)** | Chapter 13 |
| | **)** | |
| | **)** | |
| Debtor | **)** | |
| | **)** | Bankruptcy No.: **18-15005\mdc** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that neither an objection to the proposed compensation nor an application for administrative expense has been filed.

Date: **August 2, 2019**                    Respectfully Submitted,

                                                                       **\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Ave #2
Elkins Park, PA  19027
215-635-2270 (phone)
215-424-1263 (fax)
e-mail: midusa1@comcast.net